IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>BRENDA S. NEWSOME,<br><br>                Defendant. | **8:23CB2**<br><br>**ORDER** |

    This matter is before the court on the Government's Motion to Dismiss (Filing No. 9). Government's Motion to Dismiss (Filing No. 9) is granted. This case which involves, Violation Notice 9511512-NE65, is dismissed. The trial set for 6/2/2023 at 2:30 PM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis is canceled.

    Dated this 16th day of May, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge